**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

C.H. ROBINSON WORLDWIDE, INC.,

      Plaintiff,

v.                                                    Case No. 6:16-cv-20-Orl-37KRS

MICHAEL MOORE ENTERPRISES,
LLC; and MICHAEL MOORE,

      Defendants.

**ORDER**

This cause is before the Court on the following:

1.     Plaintiff's Motion for Turnover of PACA Trust Funds (Doc. 32), filed February 26, 2016;

2.     Defendant Michael Moore Enterprises, LLC's Response to Plaintiff's Motino [sic] for Turnover of PACA Trust Funds (Doc. 35), filed March 13, 2016; and

3.     Plaintiff's Reply in Support of Motion for Turnover of PACA Trust Funds (Doc. 39), filed March 16, 2016.

Plaintiff seeks a turnover of $71, 578.76 in PACA Trust Funds ("**Funds**") on deposit in the Court registry.[1] (Doc. 32 ("**Motion**").) Defendant Michael Moore Enterprises, LLC opposes the Motion.[2] (Doc. 35.) Upon consideration, the Court finds that Plaintiff is

---

[1] Defendant Michael Moore Enterprises, LLC deposited the Funds into the Court registry pursuant to a Court-entered preliminary injunction. (Docs. 25, 26; *see also* Doc. 21.)

[2] On March 16, 2016, Plaintiff filed a reply brief in support of the Motion. (Doc. 39 ("**Reply**").) The Court's Case Management and Scheduling Order indicates that parties shall not file a reply to any motion—other than a motion for summary judgment—absent leave of Court. (Doc. 36, p. 10.) Plaintiff did not seek leave to file the Reply. Accordingly,

entitled to the Funds.

Accordingly, it is hereby **ORDRED AND ADJUDGED** that:

1. Plaintiff's Motion for Turnover of PACA Trust Funds (Doc. 32) is **GRANTED**.

2. The Clerk is **DIRECTED** to deliver the $71,578.76 in PACA Trust Funds on deposit in the Court Registry to Plaintiff. The Clerk shall make payment out to "Martyn & Associates, in Trust" and mail it to Ryan M. Gembala, Esq. at Martyn & Associates, 820 W. Superior Avenue, 10th Floor, Cleveland, Ohio 44113.

3. The Clerk is **DIRECTED** to **STRIKE** Plaintiff's unauthorized Reply in Support of Motion for Turnover of PACA Trust Funds (Doc. 39).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 17, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

The Florida Bar

---

the Reply is due to be stricken.